UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

JS 44  (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFF(S)

Nationwide Property & Casualty Insurance Company

Mt Pilgrim Baptist Church, Inc.

(b) County of Residence of First Listed Plaintiff: Fairfield County, OH
County of Residence of First Listed Defendant: Tuscaloosa County, AL

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Travis Keith; Gaines Gault Hendrix, PC
3500 Blue Lake Drive/Suite 425, Birmingham, AL 35243; (205) 980-5888

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| | | | | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fed. R. Civ. P. 57 and 28 U.S.C. §§ 2201 and 2202

Brief description of cause:
Declaratory Judgment

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 6/3/19

SIGNATURE OF ATTORNEY OF RECORD


**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | |
|---|---|
| **NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) )   CIVIL ACTION NO.: _____ |
| **MT PILGRIM BAPTIST CHURCH, INC.;** | ) ) ) ) |
| **Defendant.** | ) |

**COMPLAINT FOR DECLARATORY JUDGMENT**

### I.   PARTIES and JURISDICTION

1. Nationwide Property & Casualty Insurance Company (hereinafter referred to as "Nationwide"), is a corporation organized in and existing under the laws of the State of Ohio. At all times relevant to this Complaint, Nationwide was authorized to conduct business in the State of Alabama and has been and remains engaged in the marketing of insurance products in the State of Alabama.

2. Upon information and belief, Mt Pilgrim Baptist Church, Inc. (hereinafter referred to as "Mt Pilgrim") is a domestic, non-profit corporation existing under the laws of the State of Alabama and operating as the Mt Pilgrim Baptist Church, which is located at 128 39th Street East, Tuscaloosa, Alabama 35405. That church property is located within the territorial boundaries of Tuscaloosa County, Alabama.

1

3. Subject matter jurisdiction is premised upon the diverse citizenship of the parties pursuant to 28 U.S.C. § 1332(a). This case concerns an amount in controversy in excess of $75,000; therefore, jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

4. The present action for declaratory relief is filed pursuant to Fed. R. Civ. P. 57 and 28 U.S.C. §§ 2201 and 2202.

## II. SUBJECT POLICY AND DECLARATIONS

5. In June 2012, Nationwide issued and delivered a policy of insurance (hereinafter "the Policy") to Mt. Pilgrim at 128 39th Street East, Tuscaloosa, Alabama 35405-3018. A certified copy of the Policy is attached hereto as "Exhibit A."

6. The Policy states, in pertinent part, as follows:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

\* \* \* \* \*

**A.** **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1.** **Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** **Building**, meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;
**(2)** Fixtures, including outdoor fixtures;
**(3)** Permanently installed:

      **(a)**    Machinery; and
      **(b)**    Equipment;
**(4)**    Personal property owned by you that is used to maintain or service the building or structure or its premises.

*****

**2.**      **Property Not Covered**

Covered Property does not include:

*****

**f.**      The cost of excavations, grading, backfilling, or filling;
**g.**      Foundations of buildings, structures, machinery or boilers if their foundations are below:
    **(1)**      The lowest basement floor; or
    **(2)**      The surface of the ground, if there is no basement;
**h.**      Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

*****

**k.**      Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;
**l.**      Retaining walls that are not part of a building;
**m.**      Underground pipes, flues or drains;

*****

**C.**      **Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

*****

**E.**      **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

*****

4. **Loss Payment**

   a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

      **(1)** Pay the value of lost or damaged property;
      **(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;
      **(3)** Take all or part of the property at an agreed or appraised value; or
      **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

      We will determine the value of the lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

   b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement or compliance with any ordinance or law regulating the construction, use or repair of any property.

   *****

   d. We will not pay you more than your financial interest in the Covered Property.

   *****

   g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

      **(1)** We have reached agreement with you on the amount of loss; and
      **(2)** An appraisal award has been made.

   *****

7. **Valuation**

   We will determine the value of Covered Property in the event of loss or damage as follows:

   a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.**, and **e.** below.

4

*****

**CAUSES OF LOSS – SPECIAL FORM**

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G. Definitions.**

**A.    Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

*****

**G.    Definitions**

*****

    **2.**    "Specified causes of loss" means the following:  fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

*****

---

    7.    The Policy was renewed on or about September 18, 2018, with effective dates from September 18, 2018 to September 18, 2019.

    8.    The Policy included "Building and Personal Property Coverage", on condition that all requirements for coverage were met and that coverage was not otherwise excluded.

    9.    The Policy Declarations (hereinafter "the Declarations") included a "Commercial Property Schedule" listing those properties for which "Building and Personal Property Coverage" was provided under the Policy.  This "Commercial Property Schedule" further listed the specific buildings or structures that were present on each

covered property, as well as the limits of coverage and applicable premium for each building or structure.

10. The Declarations include reference to "Premises No 03", which was identified as the property located at 128 39th Street East, Tuscaloosa, Alabama 35405-3018.

11. Under "Premises No 03", the Declarations further reference those specific buildings or structures located on "Premises No 03" for which the Policy provides coverage.

12. The Declarations list "Building No 01", which consisted of the Sanctuary and attached Educational Wing. For "Building No 01", the Declarations set forth a limit of insurance of $2,108,063.00 for physical loss of or damage to that specific building or structure, with an applicable premium in the amount of $3,693.00 for that particular coverage.

13. The Declarations further reflect that the Construction Type for "Building No 01" was "JOISTED MASONRY." Both the Sanctuary and attached Educational Wing were comprised of "joisted masonry" construction, with exterior walls of brick masonry and combustible floors and roofs.

14. The total square footage for "Building No 01", consisting of the Sanctuary and attached Educational Wing, was 18,766 square feet.

15. The Declarations list "Building No 02", which consisted of the Gym/Fellowship Hall. For "Building No 02", the Declarations set forth a limit of insurance of $977,222.00 for physical loss of or damage to that specific building or

structure, with an applicable premium in the amount of $1,681.00 for that particular coverage.

16. The Declarations further reflect that the Construction Type for "Building No 02" was "NON-COMBUSTIBLE." The Gym/Fellowship Hall is comprised of "non-combustible" construction, with exterior walls of fifty-percent brick masonry and fifty-percent metal exterior and a non-combustible metal roof.

17. The total square footage for "Building No 02", consisting of the Gym/Fellowship Hall, was 13,400 square feet.

18. The Declarations list "Building No 03", which consisted of a Storage Building located on the property. For "Building No 03", the Declarations set forth a limit of insurance of $10,000.00 for physical loss of or damage to that specific building or structure, with an applicable premium in the amount of $36.00 for that particular coverage.

19. The Declarations list "Building No 04", which consisted of a Carport located on the property. For "Building No 04", the Declarations set forth a limit of insurance of $10,000.00 for physical loss of or damage to that specific building or structure, with an applicable premium in the amount of $36.00 for that particular coverage.

20. For the reasons set forth below, there is a justiciable controversy regarding coverage under the subject policy. This controversy should be decided pursuant to 28 U.S.C. §§ 2201 and 2202 in order to determine the rights and liabilities, if any, of the parties named herein.

### III.  PERTINENT FACTS

21. At all times material to this action, there were four (4) buildings or structures situated on the property located at 128 39th Street East, Tuscaloosa, Alabama 35405-3018. Those building or structures included the following:

    a. The main building, consisting of the Sanctuary and attached Educational Wing, which is identified in the Declarations as "Building No 01";

    b. A second building, consisting of the Gym/Fellowship Hall, located at the rear of the property, which is identified in the Declarations as "Building No 02";

    c. A storage building located at the rear of the property, which is identified in the Declarations as "Building No 03"; and

    d. A carport located at the rear of the property, which is identified in the Declarations as "Building No 04".

22. On or about March 21, 2019, each of these four (4) buildings or structures was insured under the Policy issued and delivered by Nationwide to Mt Pilgrim.

23. On or about March 21, 2019, a fire occurred at the property at 128 39th Street East, Tuscaloosa, Alabama 35405-3018, resulting in the physical loss of or damage to "Building No 01", including the Sanctuary and attached Educational Wing.

24. The fire that occurred on March 21, 2019 did not result in the physical loss of or damage to "Building No 02", the Gym/Fellowship Hall located in the rear of the property.

25. The fire that occurred on March 21, 2019 did not result in physical loss of or damage to "Building No 03," the Storage Building located in the rear of the property.

26. The fire that occurred on March 21, 2019 did not result in physical loss of or damage to "Building No 04," the Carport located in the rear of the property.

27. Following the fire on March 21, 2019 that resulted in the physical loss of or damage to "Building No 01", which included the Sanctuary and attached Educational Wing, Mt Pilgrim brought a claim for "Building and Personal Property" Coverage under its Nationwide Policy.

28. The limit of coverage available for the physical loss of or damage to "Building No 01", including both the Sanctuary and attached Educational Wing, was $2,108,063.00.

29. After evaluating the damage to "Building No 01" and fully considering the claim, Nationwide issued and delivered a payment to Mt Pilgrim in the amount of $2,108,063.00.

30. Mt Pilgrim contends that "Building No 02" describes the Sanctuary or attached Education Wing, rather than the Gym/Fellowship Hall; therefore, Mt Pilgrim contends that it is entitled to additional coverage for the physical loss of or damage to the Sanctuary or attached Educational Wing under the coverage designated for "Building No 02" in the Declarations.

31. Upon making payment to Mt Pilgrim in the amount of $2,108,063.00, however, Nationwide exhausted the coverage available to Mt Pilgrim for the physical loss of or damage to "Building No 01", which included both the Sanctuary and attached

Educational Wing, and fully satisfied its obligations under the Policy with respect to claims for physical loss of or damage to the Sanctuary and attached Educational Wing.

32. Nationwide owes no further obligation under the Policy to make payment to Mt Pilgrim under the coverage designated in the Declarations for "Building No 02", as Mt Pilgrim did not suffer physical loss of or damage to "Building No 02", which included the Gym/Fellowship Hall, resulting from a Covered Cause of Loss.

## IV.    PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Nationwide Property & Casualty Insurance Company respectfully requests this Honorable Court to take jurisdiction over this matter and to issue a declaratory judgment that Nationwide owes no obligation under the Policy to make payment to Mt Pilgrim under the coverage designated in the Declarations for "Building No 02", as Mt Pilgrim did not suffer physical loss of or damage to "Building No 02" – the Gym/Fellowship Hall – as a result of the fire on March 21, 2019. Nationwide also seeks such other further relief as may be deemed appropriate by this Honorable Court.

Respectfully submitted,

**/s/ Travis I. Keith**
Travis I. Keith (ASB-1942-S75K)
Attorney for Plaintiff,
Nationwide Mutual Fire
Insurance Company

**OF COUNSEL:**
**GAINES GAULT HENDRIX, P.C.**
3500 Blue Lake Drive
Suite 425

Birmingham, Alabama 35243
(205) 402-4800
tkeith@ggh-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **NATIONWIDE PROPERTY &** ) | |
| **CASUALTY INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.: _____** |
| ) | |
| **MT PILGRIM BAPTIST** ) | |
| **CHURCH, INC.;** ) | |
| ) | |
| **Defendant.** ) | |

## REQUEST FOR SERVICE BY
## CERTIFIED MAIL

Please serve the defendant:

Mt Pilgrim Baptist Church, Inc.
128 39th Street East
Tuscaloosa, Alabama 35405

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

          **/s/ Travis I. Keith**
          Travis I. Keith (ASB-1942-S75K)